IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN ROUSE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA DISTRICT ATTORNEY'S | : | |
| OFFICE | : | NO. 17-5505 |

## **O R D E R**

AND NOW, this /6ᵗʰ day of July , 2018, upon careful and independent

consideration of the petition for writ of habeas corpus, and after review of the Report and

Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED

that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED without prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____

GERALD A. MCHUGH, J.